**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

 

FAUSTINA DAVILA ALVAREZ, ET AL

   VS.                                      **CIVIL NO.** 97-2793 (JAF)

ESCUELA DE MEDICINA
UNIVERSIDAD CENTRAL DEL CARIBE, ET AL

**DESCRIPTION OF MOTION**

DATE FILED:4/13/00 DOCKET: 23        TITLE: MOT FOR RELIEF FROM OPINION AND ORDER

[x] Plffs.   []Defts.

**O-R-D-E-R**

*Matter Decided under Fed R Cv P. 60*

5-23-00
DATE

JOSE A. FUSTE
U.S. DISTRICT COURT